IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 18-292 |
| ) | |
| ROBERT BOWERS ) | |

**RESPONSE TO UNITED STATES' MOTION TO UNSEAL (ECF 1062)**

The defendant, Robert Bowers, has no objection to unsealing the government's filing at ECF 1059, including the attached exhibits.

Undersigned counsel filed Rule 12.2(b)(2) (penalty phase) notice on the public docket. ECF 972. The prosecution responded to the notice by filing a Motion to Examine on the public docket. ECF 1001. As a result, undersigned counsel filed their Opposition to the government's motion on the public docket. ECF 1058.

Mr. Bowers' also provided the government and the Court with a letter supplementing his Rule 12.2(b)(2) notice, which was in the nature of discovery rather than a pleading. As such, it was not filed on the public docket. However, undersigned counsel have no objection to the government's filing the letter, which is Exhibit A of ECF 1059, on the public docket.

Respectfully submitted,

*/s/ Judy Clarke*
Judy Clarke
Clarke Johnston Thorp & Rice, PC

*/s/ Michael N. Burt*
Michael N. Burt
Law Offices of Michael Burt, PC

*/s/ Michael J. Novara*
Michael J. Novara
First Assistant Federal Public Defender

*/s/ Elisa A. Long*
Elisa A. Long
Supervisory Assistant Federal Public Defender

*/s/ Ashwin Cattamanchi*
Ashwin Cattamanchi
Assistant Federal Public Defender