IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 18-CR-292 |
| ) | |
| ROBERT BOWERS ) | |

## **APPEARANCE OF COUNSEL**

NOTICE is hereby given that Aaron J. Stewart, Trial Attorney, Capital Case Section, Criminal Division, United States Department of Justice is counsel of record for the government in the above criminal action.

Respectfully submitted,

TROY RIVETTI
Acting United States Attorney

s/ Aaron Stewart
Aaron J. Stewart
Trial Attorney
Capital Case Section
Criminal Division
United States Department of Justice
1331 F Street, N.W.
6th Floor
Washington, DC 20004
aaron.j.stewart@usdoj.gov
(202) 320-4385 (telephone)
(202) 353-9779 (fax)
OK Bar No. 31721