# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 2:18-cr-292-RJC |
| ) | |
| ROBERT BOWERS, ) | |
| ) | |
| Defendant. ) | |

**HEARING ON** – Status Conference

Before Judge Robert J. Colville

| | |
|---|---|
| Soo Song, AUSA | Elisa Long, AFPD |
| Troy Rivetti, AUSA | Michael J. Novara, AFPD |
| Aaron Stewart, AUSA. | Judy Clarke, Esq. |
| Eric Olshan, AUSA | Michael Burt, Esq. |
| Mary Hahn, AUSA | Ashwin Cattamanchi, Esq. |
| Barry Disney, AUSA | Matthew Rubenstein, Esq. |
| Nicole Vasquez Schmidt, AUSA | |

Appear for U.S.A.                                         Appear for Defendant

Hearing begun  4/20/23 at 2:00 PM                Hearing adjourned to _____

Hearing concluded  4/20/23 at 5:45 PM         Stenographer:   N. Re
                                                                              Clerk: T. Klein

**WITNESSES:**

　　　For U.S.A.                                                   For Defendant

Court convenes a Status Conference: Judge and Counsel discuss voir dire and trial, jury instructions, and logistics;  All as further stated on the record.