# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.   ) | Criminal No. 2:18-cr-292-RJC |
| ) | |
| ROBERT BOWERS,   ) | |
| ) | |
| Defendant.   ) | |

**HEARING ON** – Jury Selection

Before Judge Robert J. Colville

| | |
|---|---|
| Soo Song, AUSA | Elisa Long, AFPD |
| Troy Rivetti, AUSA | Michael J. Novara, AFPD |
| Eric Olshan, AUSA | Judy Clarke, Esq. |
| Mary Hahn, AUSA | Michael Burt, Esq. |
| Barry Disney, AUSA | Ashwin Cattamanchi, Esq. |
| Nicole Vasquez Schmidt, AUSA | Matthew Rubenstein, Esq. |
| | |
| Appear for U.S.A. | Appear for Defendant |
| | |
| Hearing begun  5/25/23 at 8:40 AM | Hearing adjourned to _____ |
| | |
| Hearing concluded  5/25/23 at 4:55 PM | Stenographer:  N. Re |
| | Clerk: T. Klein |

**WITNESSES:**

| For U.S.A. | For Defendant |
|---|---|
| | |

Court delivered preliminary instructions. Jury Selection completed. All as further stated on the record. Jury Trial to begin on 5/30/2023.