# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 2:18-cr-292-RJC |
| ) | |
| ROBERT BOWERS, ) | |
| ) | |
| Defendant. ) | |

**HEARING ON** – Jury Trial

Before Judge Robert J. Colville

| | |
|---|---|
| Soo Song, AUSA | Elisa Long, AFPD |
| Troy Rivetti, AUSA | Michael J. Novara, AFPD |
| Eric Olshan, AUSA | Judy Clarke, Esq. |
| Mary Hahn, AUSA | Michael Burt, Esq. |
| Barry Disney, AUSA | Ashwin Cattamanchi, Esq. |
| Nicole Vasquez Schmidt, AUSA | Matthew Rubenstein, Esq. |
| Aaron Stewart, AUSA | |

Appear for U.S.A.                                            Appear for Defendant

Hearing begun  6/1/23 at 9:05 AM                Hearing adjourned to _____

Hearing concluded  6/1/23 at 4:55 PM        Stenographer:  K. Earley
                                                                             Clerks: S. Armstrong, T. Klein, J. Lewis
                                                                             Deputy: L. Kim

**REMARKS:**

Evidence and testimony submitted. All as further stated on the record. Jury Trial to continue on 6/2/2023.