IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 18-292 |
| ROBERT BOWERS | |

## **GUILT PHASE VERDICT FORM**

We the Jury, following due deliberation in the above matter, unanimously return the following verdict:

<u>Counts 1–11</u>

1. As to Count 1, obstruction of the free exercise of religious beliefs resulting in the death of Joyce Fienberg, we, the jury, unanimously find Robert Bowers:

    _____  Not Guilty

    _____  Guilty

2. As to Count 2, obstruction of the free exercise of religious beliefs resulting in the death of Richard Gottfried, we, the jury, unanimously find Robert Bowers:

    _____  Not Guilty

    _____  Guilty

3. As to Count 3, obstruction of the free exercise of religious beliefs resulting in the death of Rose Mallinger, we, the jury, unanimously find Robert Bowers:

    _____  Not Guilty

    _____  Guilty

1

4. As to Count 4, obstruction of the free exercise of religious beliefs resulting in the death of Jerry Rabinowitz, we, the jury, unanimously find Robert Bowers:

    _____   Not Guilty

    _____   Guilty

5. As to Count 5, obstruction of the free exercise of religious beliefs resulting in the death of Cecil Rosenthal, we, the jury, unanimously find Robert Bowers:

    _____   Not Guilty

    _____   Guilty

6. As to Count 6, obstruction of the free exercise of religious beliefs resulting in the death of David Rosenthal, we, the jury, unanimously find Robert Bowers:

    _____   Not Guilty

    _____   Guilty

7. As to Count 7, obstruction of the free exercise of religious beliefs resulting in the death of Bernice Simon, we, the jury, unanimously find Robert Bowers:

    _____   Not Guilty

    _____   Guilty

8. As to Count 8, obstruction of the free exercise of religious beliefs resulting in the death of Sylvan Simon, we, the jury, unanimously find Robert Bowers:

    _____   Not Guilty

    _____   Guilty

9. As to Count 9, obstruction of the free exercise of religious beliefs resulting in the death of Daniel Stein, we, the jury, unanimously find Robert Bowers:

    _____   Not Guilty

    _____   Guilty

10. As to Count 10, obstruction of the free exercise of religious beliefs resulting in the death of Melvin Wax, we, the jury, unanimously find Robert Bowers:

_____ Not Guilty

_____ Guilty

11. As to Count 11, obstruction of the free exercise of religious beliefs resulting in the death of Irving Younger, we, the jury, unanimously find Robert Bowers:

_____ Not Guilty

_____ Guilty

<u>Counts 12–22</u>

12. As to Count 12, willfully causing bodily injury because of actual or perceived religion resulting in the death of Joyce Fienberg, we, the jury, unanimously find Robert Bowers:

_____ Not Guilty

_____ Guilty

13. As to Count 13, willfully causing bodily injury because of actual or perceived religion resulting in the death of Richard Gottfried, we, the jury, unanimously find Robert Bowers:

_____ Not Guilty

_____ Guilty

14. As to Count 14, willfully causing bodily injury because of actual or perceived religion resulting in the death of Rose Mallinger, we, the jury, unanimously find Robert Bowers:

_____ Not Guilty

_____ Guilty

15. As to Count 15, willfully causing bodily injury because of actual or perceived religion resulting in the death of Jerry Rabinowitz, we, the jury, unanimously find Robert Bowers:

_____ Not Guilty

_____ Guilty

16. As to Count 16, willfully causing bodily injury because of actual or perceived religion resulting in the death of Cecil Rosenthal, we, the jury, unanimously find Robert Bowers:

_____ Not Guilty

_____ Guilty

17. As to Count 17, willfully causing bodily injury because of actual or perceived religion resulting in the death of David Rosenthal, we, the jury, unanimously find Robert Bowers:

_____ Not Guilty

_____ Guilty

18. As to Count 18, willfully causing bodily injury because of actual or perceived religion resulting in the death of Bernice Simon, we, the jury, unanimously find Robert Bowers:

_____ Not Guilty

_____ Guilty

19. As to Count 19, willfully causing bodily injury because of actual or perceived religion resulting in the death of Sylvan Simon, we, the jury, unanimously find Robert Bowers:

_____ Not Guilty

_____ Guilty

20. As to Count 20, willfully causing bodily injury because of actual or perceived religion resulting in the death of Daniel Stein, we, the jury, unanimously find Robert Bowers:

_____ Not Guilty

_____ Guilty

21. As to Count 21, willfully causing bodily injury because of actual or perceived religion resulting in the death of Melvin Wax, we, the jury, unanimously find Robert Bowers:

_____ Not Guilty

_____ Guilty

22. As to Count 22, willfully causing bodily injury because of actual or perceived religion resulting in the death of Irving Younger, we, the jury, unanimously find Robert Bowers:

_____   Not Guilty

_____   Guilty

<u>Counts 23–33</u>

23. As to Count 23, use of a firearm to murder Joyce Fienberg during and in relation to a crime of violence, we, the jury, unanimously find Robert Bowers:

_____   Not Guilty

_____   Guilty

24. As to Count 24, use of a firearm to murder Richard Gottfried during and in relation to a crime of violence, we, the jury, unanimously find Robert Bowers:

_____   Not Guilty

_____   Guilty

25. As to Count 25, use of a firearm to murder Rose Mallinger during and in relation to a crime of violence, we, the jury, unanimously find Robert Bowers:

_____   Not Guilty

_____   Guilty

26. As to Count 26, use of a firearm to murder Jerry Rabinowitz during and in relation to a crime of violence, we, the jury, unanimously find Robert Bowers:

_____   Not Guilty

_____   Guilty

27. As to Count 27, use of a firearm to murder Cecil Rosenthal during and in relation to a crime of violence, we, the jury, unanimously find Robert Bowers:

_____   Not Guilty

_____   Guilty

28. As to Count 28, use of a firearm to murder David Rosenthal during and in relation to a crime of violence, we, the jury, unanimously find Robert Bowers:

    _____   Not Guilty

    _____   Guilty

29. As to Count 29, use of a firearm to murder Bernice Simon during and in relation to a crime of violence we, the jury, unanimously find Robert Bowers:

    _____   Not Guilty

    _____   Guilty

30. As to Count 30, use of a firearm to murder Sylvan Simon during and in relation to a crime of violence, we, the jury, unanimously find Robert Bowers:

    _____   Not Guilty

    _____   Guilty

31. As to Count 31, use of a firearm to murder Daniel Stein during and in relation to a crime of violence, we, the jury, unanimously find Robert Bowers:

    _____   Not Guilty

    _____   Guilty

32. As to Count 32, use of a firearm to murder Melvin Wax during and in relation to a crime of violence, we, the jury, unanimously find Robert Bowers:

    _____   Not Guilty

    _____   Guilty

33. As to Count 33, use of a firearm to murder Irving Younger during and in relation to a crime of violence, we, the jury, unanimously find Robert Bowers:

    _____   Not Guilty

    _____   Guilty

Counts 34–35

34. As to Count 34, obstruction or attempted obstruction of the free exercise of religious beliefs by Daniel Leger, we, the jury, unanimously find Robert Bowers:

_____   Not Guilty

_____   Guilty

Special Interrogatories:

      If you find Robert Bowers guilty of Count 34, please proceed to answer Special Interrogatories 34A – 34E:

      34A.   We, the jury, unanimously find that in committing the offense charged in Count 34, Robert Bowers intentionally obstructed by force or threat of force Daniel Leger in the enjoyment of his free exercise of religious beliefs:

      _____   No

      _____   Yes

      34B.   We, the jury, unanimously find that in committing the offense charged in Count 34, Robert Bowers attempted to commit the crime of intentionally obstructing by force or threat of force Daniel Leger in the enjoyment of his free exercise of religious beliefs:

      _____   No

      _____   Yes

      34C.   We, the jury, unanimously find that in committing the offense charged in Count 34, Robert Bowers attempted to kill Daniel Leger:

      _____   No

      _____   Yes

34D.   We, the jury, unanimously find that in committing the offense charged in Count 34, Robert Bowers used, attempted to use, or threatened to use a dangerous weapon:

_____   No

_____   Yes

34E.   We, the jury, unanimously find that in committing the offense charged in Count 34, the acts by Robert Bowers resulted in bodily injury to Daniel Leger:

_____   No

_____   Yes

35. As to Count 35, obstruction or attempted obstruction of the free exercise of religious beliefs by Andrea Wedner, we, the jury, unanimously find Robert Bowers:

_____   Not Guilty

_____   Guilty

Special Interrogatories:

If you find Robert Bowers guilty of Count 35, please proceed to answer Special Interrogatories 35A – 35E:

35A.   We, the jury, unanimously find that in committing the offense charged in Count 35, Robert Bowers intentionally obstructed by force or threat of force Andrea Wedner in the enjoyment of her free exercise of religious beliefs:

_____   No

_____   Yes

35B.   We, the jury, unanimously find that in committing the offense charged in Count 35, Robert Bowers attempted to commit the crime of intentionally obstructing by force or threat of force Andrea Wedner in the enjoyment of her free exercise of religious beliefs:

_____   No

_____   Yes

8

35C.   We, the jury, unanimously find that in committing the offense charged in Count 35, Robert Bowers attempted to kill Andrea Wedner:

_____   No

_____   Yes

35D.   We, the jury, unanimously find that in committing the offense charged in Count 35, Robert Bowers used, attempted to use, or threatened to use a dangerous weapon:

_____   No

_____   Yes

35E.   We, the jury, unanimously find that in committing the offense charged in Count 35, the acts by Robert Bowers resulted in bodily injury to Andrea Wedner:

_____   No

_____   Yes

<u>Counts 36–37</u>

36. As to Count 36, willfully causing bodily injury to Daniel Leger because of actual or perceived religion including an attempt to kill, we, the jury, unanimously find Robert Bowers:

_____   Not Guilty

_____   Guilty

37. As to Count 37, willfully causing bodily injury to Andrea Wedner because of actual or perceived religion including an attempt to kill, we, the jury, unanimously find Robert Bowers:

_____   Not Guilty

_____   Guilty

9

<u>Counts 38–39</u>

38. As to Count 38, use and discharge of a firearm during and in relation to a crime of violence against Daniel Leger, we, the jury, unanimously find Robert Bowers:

_____   Not Guilty

_____   Guilty

39. As to Count 39, use and discharge of a firearm during and in relation to a crime of violence against Andrea Wedner, we, the jury, unanimously find Robert Bowers:

_____   Not Guilty

_____   Guilty

<u>Counts 40–47</u>

40. As to Count 40, obstruction or attempted obstruction of the free exercise of religious beliefs by Carol Black, we, the jury, unanimously find Robert Bowers:

_____   Not Guilty

_____   Guilty

<u>Special Interrogatories:</u>

If you find Robert Bowers guilty of Count 40, please proceed to answer Special Interrogatories 40A – 40E:

40A.   We, the jury, unanimously find that in committing the offense charged in Count 40, Robert Bowers intentionally obstructed by force or threat of force Carol Black in the enjoyment of her free exercise of religious beliefs:

_____   No

_____   Yes

10

40B.    We, the jury, unanimously find that in committing the offense charged in Count 40, Robert Bowers attempted to commit the crime of intentionally obstructing by force or threat of force Carol Black in the enjoyment of her free exercise of religious beliefs:

_____ No

_____ Yes

40C.    We, the jury, unanimously find that in committing the offense charged in Count 40, Robert Bowers attempted to kill Carol Black:

_____ No

_____ Yes

40D.    We, the jury, unanimously find that in committing the offense charged in Count 40, Robert Bowers used, attempted to use, or threatened to use a dangerous weapon:

_____ No

_____ Yes

40E.    We, the jury, unanimously find that in committing the offense charged in Count 40, the acts by Robert Bowers resulted in bodily injury to one or more public safety officers—Anthony Burke, Timothy Matson, Daniel Mead, John Persin, and Michael Smigda—who were then performing duties as a direct and proximate result of Robert Bowers' conduct:

_____ No

_____ Yes

41. As to Count 41, obstruction or attempted obstruction of the free exercise of religious beliefs by Joseph Charny, we, the jury, unanimously find Robert Bowers:

_____ Not Guilty

_____ Guilty

Special Interrogatories:

If you find Robert Bowers guilty of Count 41, please proceed to answer Special Interrogatories 41A – 41E:

11

41A.    We, the jury, unanimously find that in committing the offense charged in Count 41, Robert Bowers intentionally obstructed by force or threat of force Joseph Charny in the enjoyment of his free exercise of religious beliefs:

_____    No

_____    Yes

41B.    We, the jury, unanimously find that in committing the offense charged in Count 41, Robert Bowers attempted to commit the crime of intentionally obstructing by force or threat of force Joseph Charny in the enjoyment of his free exercise of religious beliefs:

_____    No

_____    Yes

41C.    We, the jury, unanimously find that in committing the offense charged in Count 41, Robert Bowers attempted to kill Joseph Charny:

_____    No

_____    Yes

41D.    We, the jury, unanimously find that in committing the offense charged in Count 41, Robert Bowers used, attempted to use, or threatened to use a dangerous weapon:

_____    No

_____    Yes

41E.    We, the jury, unanimously find that in committing the offense charged in Count 41, the acts by Robert Bowers resulted in bodily injury to one or more public safety officers—Anthony Burke, Timothy Matson, Daniel Mead, John Persin, and Michael Smigda—who were then performing duties as a direct and proximate result of Robert Bowers' conduct:

_____    No

_____    Yes

42. As to Count 42, obstruction or attempted obstruction of the free exercise of religious beliefs by Martin Gaynor, we, the jury, unanimously find Robert Bowers:

_____  Not Guilty

_____  Guilty

Special Interrogatories:

If you find Robert Bowers guilty of Count 42, please proceed to answer Special Interrogatories 42A – 42E:

42A.   We, the jury, unanimously find that in committing the offense charged in Count 42, Robert Bowers intentionally obstructed by force or threat of force Martin Gaynor in the enjoyment of his free exercise of religious beliefs:

_____  No

_____  Yes

42B.   We, the jury, unanimously find that in committing the offense charged in Count 42, Robert Bowers attempted to commit the crime of intentionally obstructing by force or threat of force Martin Gaynor in the enjoyment of his free exercise of religious beliefs:

_____  No

_____  Yes

42C.   We, the jury, unanimously find that in committing the offense charged in Count 42, Robert Bowers attempted to kill Martin Gaynor:

_____  No

_____  Yes

42D.   We, the jury, unanimously find that in committing the offense charged in Count 42, Robert Bowers used, attempted to use, or threatened to use a dangerous weapon:

_____  No

_____  Yes

13

42E.    We, the jury, unanimously find that in committing the offense charged in Count 42, the acts by Robert Bowers resulted in bodily injury to one or more public safety officers—Anthony Burke, Timothy Matson, Daniel Mead, John Persin, and Michael Smigda—who were then performing duties as a direct and proximate result of Robert Bowers' conduct:

_____   No

_____   Yes

43. As to Count 43, obstruction or attempted obstruction of the free exercise of religious beliefs by Audrey Glickman, we, the jury, unanimously find Robert Bowers:

_____   Not Guilty

_____   Guilty

<u>Special Interrogatories:</u>

If you find Robert Bowers guilty of Count 43, please proceed to answer Special Interrogatories 43A – 43E:

43A.    We, the jury, unanimously find that in committing the offense charged in Count 43, Robert Bowers intentionally obstructed by force or threat of force Audrey Glickman in the enjoyment of her free exercise of religious beliefs:

_____   No

_____   Yes

43B.    We, the jury, unanimously find that in committing the offense charged in Count 43, Robert Bowers attempted to commit the crime of intentionally obstructing by force or threat of force Audrey Glickman in the enjoyment of her free exercise of religious beliefs:

_____   No

_____   Yes

43C.    We, the jury, unanimously find that in committing the offense charged in Count 43, Robert Bowers attempted to kill Audrey Glickman:

_____   No

_____   Yes

14

43D.   We, the jury, unanimously find that in committing the offense charged in Count 43, Robert Bowers used, attempted to use, or threatened to use a dangerous weapon:

_____   No

_____   Yes

43E.   We, the jury, unanimously find that in committing the offense charged in Count 43, the acts by Robert Bowers resulted in bodily injury to one or more public safety officers—Anthony Burke, Timothy Matson, Daniel Mead, John Persin, and Michael Smigda—who were then performing duties as a direct and proximate result of Robert Bowers' conduct:

_____   No

_____   Yes

44. As to Count 44, obstruction or attempted obstruction of the free exercise of religious beliefs by Jeffrey Myers, we, the jury, unanimously find Robert Bowers:

_____   Not Guilty

_____   Guilty

Special Interrogatories:

If you find Robert Bowers guilty of Count 44, please proceed to answer Special Interrogatories 44A – 44E:

44A.   We, the jury, unanimously find that in committing the offense charged in Count 44, Robert Bowers intentionally obstructed by force or threat of force Jeffrey Myers in the enjoyment of his free exercise of religious beliefs:

_____   No

_____   Yes

15

44B.   We, the jury, unanimously find that in committing the offense charged in Count 44, Robert Bowers attempted to commit the crime of intentionally obstructing by force or threat of force Jeffrey Myers in the enjoyment of his free exercise of religious beliefs:

_____   No

_____   Yes

44C.   We, the jury, unanimously find that in committing the offense charged in Count 44, Robert Bowers attempted to kill Jeffrey Myers:

_____   No

_____   Yes

44D.   We, the jury, unanimously find that in committing the offense charged in Count 44, Robert Bowers used, attempted to use, or threatened to use a dangerous weapon:

_____   No

_____   Yes

44E.   We, the jury, unanimously find that in committing the offense charged in Count 44, the acts by Robert Bowers resulted in bodily injury to one or more public safety officers—Anthony Burke, Timothy Matson, Daniel Mead, John Persin, and Michael Smigda—who were then performing duties as a direct and proximate result of Robert Bowers' conduct:

_____   No

_____   Yes

45. As to Count 45, obstruction or attempted obstruction of the free exercise of religious beliefs by Jonathan Perlman, we, the jury, unanimously find Robert Bowers:

_____   Not Guilty

_____   Guilty

Special Interrogatories:

If you find Robert Bowers guilty of Count 45, please proceed to answer Special Interrogatories 45A – 45E:

16

45A.   We, the jury, unanimously find that in committing the offense charged in Count 45, Robert Bowers intentionally obstructed by force or threat of force Jonathan Perlman in the enjoyment of his free exercise of religious beliefs:

_____   No

_____   Yes

45B.   We, the jury, unanimously find that in committing the offense charged in Count 45, Robert Bowers attempted to commit the crime of intentionally obstructing by force or threat of force Jonathan Perlman in the enjoyment of his free exercise of religious beliefs:

_____   No

_____   Yes

45C.   We, the jury, unanimously find that in committing the offense charged in Count 45, Robert Bowers attempted to kill Jonathan Perlman:

_____   No

_____   Yes

45D.   We, the jury, unanimously find that in committing the offense charged in Count 45, Robert Bowers used, attempted to use, or threatened to use a dangerous weapon:

_____   No

_____   Yes

45E.   We, the jury, unanimously find that in committing the offense charged in Count 45, the acts by Robert Bowers resulted in bodily injury to one or more public safety officers—Anthony Burke, Timothy Matson, Daniel Mead, John Persin, and Michael Smigda—who were then performing duties as a direct and proximate result of Robert Bowers' conduct:

_____   No

_____   Yes

46. As to Count 46, obstruction or attempted obstruction of the free exercise of religious beliefs by Stephen Weiss, we, the jury, unanimously find Robert Bowers:

_____ Not Guilty

_____ Guilty

<u>Special Interrogatories:</u>

If you find Robert Bowers guilty of Count 46, please proceed to answer Special Interrogatories 46A – 46E:

46A.   We, the jury, unanimously find that in committing the offense charged in Count 46, Robert Bowers intentionally obstructed by force or threat of force Stephen Weiss in the enjoyment of his free exercise of religious beliefs:

_____ No

_____ Yes

46B.   We, the jury, unanimously find that in committing the offense charged in Count 46, Robert Bowers attempted to commit the crime of intentionally obstructing by force or threat of force Stephen Weiss in the enjoyment of his free exercise of religious beliefs:

_____ No

_____ Yes

46C.   We, the jury, unanimously find that in committing the offense charged in Count 46, Robert Bowers attempted to kill Stephen Weiss:

_____ No

_____ Yes

46D.   We, the jury, unanimously find that in committing the offense charged in Count 46, Robert Bowers used, attempted to use, or threatened to use a dangerous weapon:

_____ No

_____ Yes

18

46E.   We, the jury, unanimously find that in committing the offense charged in Count 46, the acts by Robert Bowers resulted in bodily injury to one or more public safety officers—Anthony Burke, Timothy Matson, Daniel Mead, John Persin, and Michael Smigda—who were then performing duties as a direct and proximate result of Robert Bowers' conduct:

_____   No

_____   Yes

47. As to Count 47, obstruction or attempted obstruction of the free exercise of religious beliefs by Barry Werber, we, the jury, unanimously find Robert Bowers:

_____   Not Guilty

_____   Guilty

<u>Special Interrogatories:</u>

If you find Robert Bowers guilty of Count 47, please proceed to answer Special Interrogatories 47A – 47E:

47A.   We, the jury, unanimously find that in committing the offense charged in Count 47, Robert Bowers intentionally obstructed by force or threat of force Barry Werber in the enjoyment of his free exercise of religious beliefs:

_____   No

_____   Yes

47B.   We, the jury, unanimously find that in committing the offense charged in Count 47, Robert Bowers attempted to commit the crime of intentionally obstructing by force or threat of force Barry Werber in the enjoyment of his free exercise of religious beliefs:

_____   No

_____   Yes

47C.   We, the jury, unanimously find that in committing the offense charged in Count 47, Robert Bowers attempted to kill Barry Werber:

_____   No

_____   Yes

19

47D.   We, the jury, unanimously find that in committing the offense charged in Count 47, Robert Bowers used, attempted to use, or threatened to use a dangerous weapon:

_____   No

_____   Yes


47E.   We, the jury, unanimously find that in committing the offense charged in Count 47, the acts by Robert Bowers resulted in bodily injury to one or more public safety officers—Anthony Burke, Timothy Matson, Daniel Mead, John Persin, and Michael Smigda—who were then performing duties as a direct and proximate result of Robert Bowers' conduct:

_____   No

_____   Yes


<u>Counts 48–51</u>

48. As to Count 48, obstruction or attempted obstruction of the free exercise of religious beliefs by Doris Dyen, we, the jury, unanimously find Robert Bowers:

_____   Not Guilty

_____   Guilty

<u>Special Interrogatories:</u>

If you find Robert Bowers guilty of Count 48, please proceed to answer Special Interrogatories 48A – 48D:

48A.   We, the jury, unanimously find that in committing the offense charged in Count 48, Robert Bowers intentionally obstructed by force or threat of force Doris Dyen in the enjoyment of her free exercise of religious beliefs:

_____   No

_____   Yes

20

48B.    We, the jury, unanimously find that in committing the offense charged in Count 48, Robert Bowers attempted to commit the crime of intentionally obstructing by force or threat of force Doris Dyen in the enjoyment of her free exercise of religious beliefs:

_____    No

_____    Yes

48C.    We, the jury, unanimously find that in committing the offense charged in Count 48, Robert Bowers used, attempted to use, or threatened to use a dangerous weapon:

_____    No

_____    Yes

48D.    We the Jury unanimously find that in committing the offense charged in Count 48, the acts by Robert Bowers resulted in bodily injury to one or more public safety officers—Anthony Burke, Timothy Matson, Daniel Mead, John Persin, and Michael Smigda—who were then performing duties as a direct and proximate result of Robert Bowers' conduct:

_____    No

_____    Yes

49. As to Count 49, obstruction or attempted obstruction of the free exercise of religious beliefs by Louis Fineberg, we, the jury, unanimously find Robert Bowers:

_____    Not Guilty

_____    Guilty

Special Interrogatories:

If you find Robert Bowers guilty of Count 49, please proceed to answer Special Interrogatories 49A – 49D:

49A.   We, the jury, unanimously find that in committing the offense charged in Count 49, Robert Bowers intentionally obstructed by force or threat of force Louis Fineberg in the enjoyment of his free exercise of religious beliefs:

_____   No

_____   Yes

49B.   We, the jury, unanimously find that in committing the offense charged in Count 49, Robert Bowers attempted to commit the crime of intentionally obstructing by force or threat of force Louis Fineberg in the enjoyment of his free exercise of religious beliefs:

_____   No

_____   Yes

49C.   We, the jury, unanimously find that in committing the offense charged in Count 49, Robert Bowers used, attempted to use, or threatened to use a dangerous weapon:

_____   No

_____   Yes

49D.   We the Jury unanimously find that in committing the offense charged in Count 49, the acts by Robert Bowers resulted in bodily injury to one or more public safety officers—Anthony Burke, Timothy Matson, Daniel Mead, John Persin, and Michael Smigda—who were then performing duties as a direct and proximate result of Robert Bowers' conduct:

_____   No

_____   Yes

50. As to Count 50, obstruction or attempted obstruction of the free exercise of religious beliefs by Deane Root, we, the jury, unanimously find Robert Bowers:

_____   Not Guilty

_____   Guilty

<u>Special Interrogatories:</u>

If you find Robert Bowers guilty of Count 50, please proceed to answer Special

22

Interrogatories 50A – 50D:

50A.    We, the jury, unanimously find that in committing the offense charged in Count 50, Robert Bowers intentionally obstructed by force or threat of force Deane Root in the enjoyment of his free exercise of religious beliefs:

_____  No

_____  Yes

50B.    We, the jury, unanimously find that in committing the offense charged in Count 50, Robert Bowers attempted to commit the crime of intentionally obstructing by force or threat of force Deane Root in the enjoyment of his free exercise of religious beliefs:

_____  No

_____  Yes

50C.    We, the jury, unanimously find that in committing the offense charged in Count 50, Robert Bowers used, attempted to use, or threatened to use a dangerous weapon:

_____  No

_____  Yes

50D.    We the Jury unanimously find that in committing the offense charged in Count 50, the acts by Robert Bowers resulted in bodily injury to one or more public safety officers—Anthony Burke, Timothy Matson, Daniel Mead, John Persin, and Michael Smigda—who were then performing duties as a direct and proximate result of Robert Bowers' conduct:

_____  No

_____  Yes

51. As to Count 51, obstruction or attempted obstruction of the free exercise of religious beliefs by Judah Samet, we, the jury, unanimously find Robert Bowers:

_____  Not Guilty

_____  Guilty

23

<u>Special Interrogatories:</u>

If you find Robert Bowers guilty of Count 51, please proceed to answer Special Interrogatories 51A – 51D:

51A.   We, the jury, unanimously find that in committing the offense charged in Count 51, Robert Bowers intentionally obstructed by force or threat of force Judah Samet in the enjoyment of his free exercise of religious beliefs:

_____ No

_____ Yes

51B.   We, the jury, unanimously find that in committing the offense charged in Count 51, Robert Bowers attempted to commit the crime of intentionally obstructing by force or threat of force Judah Samet in the enjoyment of his free exercise of religious beliefs:

_____ No

_____ Yes

51C.   We, the jury, unanimously find that in committing the offense charged in Count 51, Robert Bowers used, attempted to use, or threatened to use a dangerous weapon:

_____ No

_____ Yes

51D.   We the Jury unanimously find that in committing the offense charged in Count 51, the acts by Robert Bowers resulted in bodily injury to one or more public safety officers—Anthony Burke, Timothy Matson, Daniel Mead, John Persin, and Michael Smigda—who were then performing duties as a direct and proximate result of Robert Bowers' conduct:

_____ No

_____ Yes

Counts 52–63

52. As to Count 52, use and discharge of a firearm during and in relation to a crime of violence against Carol Black, we, the jury, unanimously find Robert Bowers:

_____   Not Guilty

_____   Guilty

53. As to Count 53, use and discharge of a firearm during and in relation to a crime of violence against Joseph Charny, we, the jury, unanimously find Robert Bowers:

_____   Not Guilty

_____   Guilty

54. As to Count 54, use and discharge of a firearm during and in relation to a crime of violence against Martin Gaynor, we, the jury, unanimously find Robert Bowers:

_____   Not Guilty

_____   Guilty

55. As to Count 55, use and discharge of a firearm during and in relation to a crime of violence against Audrey Glickman, we, the jury, unanimously find Robert Bowers:

_____   Not Guilty

_____   Guilty

56. As to Count 56, use and discharge of a firearm during and in relation to a crime of violence against Jeffrey Myers, we, the jury, unanimously find Robert Bowers:

_____   Not Guilty

_____   Guilty

57. As to Count 57, use and discharge of a firearm during and in relation to a crime of violence against Jonathan Perlman, we, the jury, unanimously find Robert Bowers:

_____   Not Guilty

_____   Guilty

58. As to Count 58, use and discharge of a firearm during and in relation to a crime of violence against Stephen Weiss, we, the jury, unanimously find Robert Bowers:

_____   Not Guilty

_____   Guilty


59. As to Count 59, use and discharge of a firearm during and in relation to a crime of violence against Barry Werber, we, the jury, unanimously find Robert Bowers:

_____   Not Guilty

_____   Guilty


60. As to Count 60, use and discharge of a firearm during and in relation to a crime of violence against Doris Dyen, we, the jury, unanimously find Robert Bowers:

_____   Not Guilty

_____   Guilty


61. As to Count 61, use and discharge of a firearm during and in relation to a crime of violence against Louis Fineberg, we, the jury, unanimously find Robert Bowers:

_____   Not Guilty

_____   Guilty


62. As to Count 62, use and discharge of a firearm during and in relation to a crime of violence against Deane Root, we, the jury, unanimously find Robert Bowers:

_____   Not Guilty

_____   Guilty


63. As to Count 63, use and discharge of a firearm during and in relation to a crime of violence against Judah Samet, we, the jury, unanimously find Robert Bowers:

_____   Not Guilty

_____   Guilty

Dated: _____, _____                    _____
Pittsburgh, Pennsylvania                                                  Foreperson