# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 2:18-cr-292-RJC |
| ) | |
| ROBERT BOWERS, ) | |
| ) | |
| Defendant. ) | |

**HEARING ON** – Jury Trial

Before Judge Robert J. Colville

Soo Song, AUSA
Troy Rivetti, AUSA
Eric Olshan, AUSA
Mary Hahn, AUSA
Barry Disney, AUSA
Nicole Vasquez Schmidt, AUSA
Aaron Stewart, AUSA

Elisa Long, AFPD
Michael J. Novara, AFPD
Judy Clarke, Esq.
Michael Burt, Esq.
Ashwin Cattamanchi, Esq.
Matthew Rubenstein, Esq.

Appear for U.S.A.

Appear for Defendant

Hearing begun  6/15/23 at 8:30 AM

Hearing adjourned to _____

Hearing concluded  6/15/23 at 2:30 PM

Stenographer:   B. Loch
Clerks: S. Armstrong, T. Klein, J. Lewis
Deputy: L. Kim

**REMARKS:**

Court delivers final jury instructions. Parties make closing remarks. Jury deliberations begin. All as further stated on the record. Jury Trial to continue on 6/16/2023.