IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 18-292 |
| | ) | |
| ROBERT BOWERS | ) | |

**ORDER OF COURT**

AND NOW, this 2nd day of August, 2023, it is hereby ORDERED as follows:

1) A Sentencing Hearing is hereby scheduled for August 3, 2023 at 9:00 a.m. in Courtroom 5B before Judge Robert J. Colville. The Court's prior Decorum Order, as modified by subsequent orders, will apply to the Sentencing Hearing.

2) Defendant shall file any post-trial motion(s) and all supporting material, including specific and detailed citations to the record and appropriate legal authority, within fourteen (14) days of today's date. The Government shall file its responses to any post-trial motions and all supporting material, including specific and detailed citations to the record and appropriate legal authority, with fourteen (14) days thereafter. The Defendant shall file his replies with seven (7) days of the filing of the Government's responses.

3) The Court hereby directs the parties to submit briefs, under seal, on or before October 2, 2023, on the issue of whether the documents that remain under seal in this matter should be unsealed entirely, partially unsealed (redacted), or remain under seal.

BY THE COURT:

s/*Robert J. Colville*
Robert J. Colville
United States District Judge

cc: All counsel of record