IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT BOWERS | Criminal No. 18-292 |

## JOINT MOTION TO EXTEND DEADLINE

The parties, through undersigned counsel hereby file the following joint motion to extend the deadline to comply with the Court's directive regarding the unsealing of documents.

Pursuant to Doc. No. 1538, "the Court hereby directs the parties to submit briefs, under seal, on or before October 2, 2023, on the issue of whether the documents that remain under seal in this matter should be unsealed entirely, partially unsealed (redacted), or remain under seal."

Given the volume of pleadings on the docket, and the number of documents and exhibits under seal, the parties request an additional two weeks to complete their review. Accordingly, any positions by the parties regarding sealing or unsealing will be filed by October 16, 2023, should the Court grant the motion.

Respectfully submitted,

| | |
|---|---|
| */s/Judy Clarke*<br>JUDY CLARKE<br>Clarke Johnson Thorpe & Rice PC | */s/Eric G. Olshan*<br>ERIC G. OLSHAN<br>United States Attorney |
| */s/Michael N. Burt*<br>MICHAEL N. BURT<br>Law Offices of Michael Burt, PC | */s/Troy Rivetti*<br>TROY RIVETTI<br>Assistant United States Attorney<br>PA ID No. 56816 |
| */s/Michael J. Novara*<br>MICHAEL J. NOVARA<br>First Assistant Federal Public Defender | */s/Soo C. Song*<br>Assistant United States Attorney<br>DC Bar No. 457268 |

1

2

*/s/Elisa A. Long*
ELISA A. LONG
Supervisory Assistant Federal Public Defender

*/s/Ashwin Cattamanchi*
ASHWIN CATTAMANCHI
Assistant Federal Public Defender

*/s/Nicole Vasquez Schmitt*
NICOLE VASQUEZ SCHMITT
Assistant United States Attorney
PA ID No. 320316

*/s/Mary J. Hahn*
MARY J. HAHN
Trial Attorney, Civil Rights Division
DC Bar No. 500193

*/s/Barry K. Disney*
BARRY K. DISNEY
Trial Attorney, Capital Case Section
KS ID No. 13284

*/s/Aaron J. Stewart*
AARON J. STEWART
Trial Attorney, Capital Case Section
OK ID No. 31721