IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 18-292 |
| | ) | |
| ROBERT BOWERS | ) | |

**RESPONSE TO GOVERNMENT'S MOTION FOR VICTIM RESTITUTION (ECF 1568)**

Defendant Robert Bowers, through counsel, files this response to the government's Motion for Victim Restitution. ECF 1568. Based upon a review of the relevant trial testimony and discovery, counsel for Mr. Bowers are not aware of any basis to object to the government's Motion. As a result, counsel do not object to the Court's entering the government's Proposed Order at ECF 1568-1 and to amending the "Criminal Monetary Penalties" on page 5 of the Judgment at ECF 1546 to be consistent with the Proposed Order.

Respectfully submitted,

*/s/ Judy Clarke*
Judy Clarke
Clarke Johnston Thorp & Rice, PC

*/s/ Michael N. Burt*
Michael N. Burt
Law Offices of Michael Burt, PC

*/s/ Michael J. Novara*
Michael J. Novara
First Assistant Federal Public Defender

1

*/s/ Elisa A. Long*
Elisa A. Long
Supervisory Assistant Federal Public Defender

*/s/ Ashwin Cattamanchi*
Ashwin Cattamanchi
Assistant Federal Public Defender