IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 18-292 |
| ROBERT BOWERS | |

**UNITED STATES' NOTICE OF POSITION REGARDING DOCUMENTS
TO BE UNSEALED**

AND NOW comes the United States of America, by its attorneys, Eric G. Olshan, United States Attorney for the Western District of Pennsylvania, Troy Rivetti, Soo C. Song, Christopher M. Hanrahan, and Nicole Vasquez Schmitt, Assistant United States Attorneys for said district, and Mary J. Hahn, Trial Attorney, Civil Rights Division, and files this Notice of Position Regarding Documents to be Unsealed.

In response to the Court's Order at Doc. No. 1634, the United States has carefully reviewed the list of documents that the Court intends to unseal by agreement of the parties.

The government has also conferred with the U.S. Marshals and accordingly requests that a redacted version of Doc. No. 1504 be unsealed, consistent with redactions that the Court applied with respect to Doc. No. 1409, in its redaction of footnote 1. These documents pertain to the Court's decision to order the shackling of the defendant in the interests of court security and contain information that is of operational sensitivity to the U.S. Marshals. See generally, United States v. Thomas, 905 F.3d 276, 283 (3d Cir. 2018). A proposed, redacted version of Doc. No. 1504 will be submitted to the Court and counsel, under seal. The redaction consists of a single sentence.

The United States supports the Court's unsealing of all of the other documents listed in the first paragraph of Doc. No. 1634.

2

Respectfully submitted,

s/Eric G. Olshan
ERIC G. OLSHAN
UNITED STATES ATTORNEY
IL ID No. 6290382

s/Troy Rivetti
TROY RIVETTI
Assistant U.S. Attorney
PA ID No. 56816

s/Soo C. Song
SOO C. SONG
Assistant U.S. Attorney
DC ID No. 457268

s/Nicole Vasquez Schmitt
NICOLE VASQUEZ SCHMITT
Assistant U.S. Attorney
PA ID No. 320316

s/Christopher M. Hanrahan
CHRISTOPHER M. HANRAHAN
Assistant U.S. Attorney
MN No. 392227

s/Mary J. Hahn
MARY J. HAHN
Trial Attorney
Civil Rights Division
DC ID No. 500193