IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | Criminal No. 18-292 |
| ) | |
| ROBERT BOWERS ) | |
|    Defendant-Appellant ) | |

**DEFENDANT-APPELLANT'S RESPONSE TO THE UNITED STATES'S NOTICE OF POSITION REGARDING DOCUMENTS TO BE UNSEALED**

In response to this Court's Order at Doc. No. 1634, Defendant-Appellant Robert Bowers, through undersigned counsel, hereby notifies the Court that he has reviewed the list of documents that the Court intends to unseal by agreement of the parties—set forth in paragraph one of Doc. No. 1634—and he has no objection to the unsealing of those documents.

Regarding the government's Notice of Position Regarding Documents to be Unsealed, Doc. No. 1635, Mr. Bowers does not object at this time to the government's proposed redaction of Doc. No. 1504, with the caveat that his position on that issue may change after his counsel has had an opportunity to review the record on appeal.

.

Respectfully submitted,

ROBERT BOWERS

by his attorneys:

*s/ Sean J. Bolser, Esq.*
Federal Capital Appellate Resource Counsel Project
Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
718-330-1200
sean_bolser@fd.org

1

*s/ Sarah S. Gannett, Esq.*
Assistant Federal Public Defender
Office of the Federal Public Defender
850 W Adams Street
Suite 201
Phoenix, AZ 85007
602-382-2700
sarah_gannett@fd.org

*/s Margaret Farrand, Esq.*
Deputy Federal Public Defender
Office of Federal Public Defender
Central District of California
321 E 2nd Street
Los Angeles, CA 90012
213-894-7528
margaret_farrand@fd.org

.